**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DON VANSANDT**                                                                                              **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 1:23-cv-00310 TBM-RPM**

**ALFA MUTUAL INSURANCE COMPANY**                                              **DEFENDANT**

**UNOPPOSED MOTION TO DISMISS CERTAIN CLAIMS**

COMES NOW Plaintiff, Don Vansandt, by and through counsel of record, and submits this his Unopposed Motion to Dismiss Certain Claims in this matter. In further support of this Motion, Plaintiff would show the Court as follows:

1. Plaintiff asserted claims for property damage to his residence and related claims as a result of Hurricane Ida, including claims for bad faith and breach of contract.

2. Plaintiff seeks to dismiss his claims for bad faith and extra-contractual damages but intends to continue to litigate the contractual obligations he claims are owed by Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Don Vansandt, respectfully requests this Court enter an Order dismissing the claims for bad faith and extra-contractual damages with prejudice.

This, the 7th day of March, 2024.

**DON VANSANDT**

BY:   */s/ Jason C. Webster*
          JASON C. WEBSTER
          MS Bar No. 100920
          6200 Savoy Dr., Ste. 150
          Houston, Texas 77036
          (713) 581-3900 (telephone)
          (713) 581-3897 (facsimile)
          filing@thewebsterlawfirm.com

## CERTIFICATE OF SERVICE

      I, Jason C. Webster, do hereby certify that I have this day caused to be filed and served via ECF, a true and correct copy of the above and foregoing to:

Walker R. Gibson, Esq.
*Attorney for Defendant*

This, the 7th day of March, 2024.

                                  */s/ Jason C. Webster*
                                  JASON C. WEBSTER